**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Hector Camirlo ESPINOZA-GUIDO,
Defendant-Appellant.**

**No. 17-10878
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(October 31, 2017)

Peter J. Sholl, Arthur Lee Bentley, III, Jennifer Lynn Peresie, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Howard C. Anderson, Federal Public Defender's Office, Tampa, FL, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before MARCUS, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Hector Espinoza-Guido in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Espinoza-Guido's conviction and sentence are **AFFIRMED.**